FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 JUN 20  A 10: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:18-MJ-290 |
| v. | ) | |
| | ) | Count 1: Conflict of Interest |
| KIMBERLY BREWER, | ) | (18 U.S.C. §§ 208 & 216(a)(1)) |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

### Count 1
### (Conflict of Interest)

From at least in or about September 2015 and continuing through at least in or about May 2016, in the Eastern District of Virginia and elsewhere, the defendant, KIMBERLY BREWER, being an officer and employee of the executive branch of the United States government, that is, a Program Manager of the Secretary of Defense Communications Office of the United States Department of Defense, knowingly participated personally and substantially in a matter in which her spouse, J.B., had a financial interest.

(All in violation of Title 18, United States Code, Sections 208 and 216(a)(1).)

Dated: June 20, 2018        Respectfully Submitted,

G. ZACHARY TERWILLIGER
United States Attorney

By: _____
Samantha P. Bateman
Assistant United States Attorney

1

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: samantha.bateman@usdoj.gov

ANNALOU TIROL
Acting Chief, Public Integrity Section

By: /s/ Victor R. Salgado

Victor R. Salgado
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005
Phone: (202) 514-1412
Email: victor.salgado@usdoj.gov